IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL SHEAR LYLES,<br>    Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 24-CV-1524 |
| GREYHOUND BUS LINES, *et al.*,<br>    Defendants. | : | |

## ORDER

AND NOW, this 10th day of June, 2024, upon consideration of Plaintiff Michael Shear Lyles's Motion to Proceed *In Forma Pauperis* (ECF No. 4) and *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Michael Shear Lyles, #QP3377, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI Waymart or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Lyles's inmate account; or (b) the average monthly balance in Lyles's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Lyles's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Lyles's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Waymart.

4. The Complaint is **DEEMED** filed.

5. The Complaint is **DISMISSED** for the reasons in the Court's Memorandum as follows:

   a. Lyles's federal claims are **DISMISSED WITH PREJUDICE**; and

   b. Lyles's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

6. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
**KAI SCOTT, J.**